# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 9/20/23     Time: 10:00 a.m.

---

Defendant: Isaac Halwani    J#: (B)    Case #: 23-20348-CR-SCOLA/GOODMAN

AUSA: Randy Hummel    Attorney: Frank Gaviria (Perm)

Violation: WIRE FRAUD

Proceeding: REPORT RE: CNSL/ARRAIGNMENT    CJA Appt:

Bond/PTD Held: ○ Yes ○ No    Recommended Bond:

Bond Set at: $500,000 PSB (stip)    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Brady Order already given; Frank J. Gaviria appeared as temp cnsl

Counsel filed permanent appearance for trial purposes only

**Defendant Arraigned:**
**Reading of Indictment Waived**
**Not Guilty plea entered**
**Jury trial demanded**
**Standing Discovery Order requested**

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:15:22      Time in Court: 3 mins